IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 3:10CR104-02 |
| v. | ) (Financial Litigation Unit) |
| | ) |
| JOHN P. COUSAR, JR. | ) |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and Charlotte Firefighter's Retirement System:

A judgment was entered on July 15, 2011 in the United States District Court for the Western District of North Carolina in favor of the United States of America and against Defendant John P. Cousar, Jr., whose last known address is XXXXXXXXXXXXXXXXX, Atlanta, GA 30315, in the amount of $7,026,166.00. The balance on the account as of April 11, 2012 is $6,946,889.10.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Charlotte Firefighter's Retirement System is commanded to **turn over property** in which Defendant, John Patrick Cousar, Jr., Social Security Number XXX-XX-0136, has a substantial non-exempt interest, said property being any and all funds located in any retirement accounts held in the name of John P. Cousar, Jr. at the following address: Charlotte Firefighter's Retirement System, 428 East Fourth Street, Suite 205, Charlotte, North Carolina 28202, Attn: Barbara J. Avard, Administrator.

SO ORDERED.

Signed: April 11, 2012

_____
David S. Cayer
United States Magistrate Judge